**Opinion issued November 13, 2025**



In The

# Court of Appeals

For The

# First District of Texas

————————————

## NO. 01-25-00311-CV

————————————

**ENDIA SMITH, Appellant**

**V.**

**SCIL TEXAS LLC, DBA SPEEDY CASH, Appellee**

———

**On Appeal from the County Civil Court at Law No. 2**
**Harris County, Texas**
**Trial Court Cause No. 1232110**

———

## MEMORANDUM OPINION

We previously abated this appeal for mediation. Appellant has now notified us that the parties have settled. We interpret appellant's filing as a motion to dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). No opinion has issued. *See*

TEX. R. APP. P. 42.1(c).  Further, although appellant failed to include a certificate of conference in their motion, appellant's motion includes a certificate of service, more than 10 days have passed since the motion was filed, and no party has responded to the motion.  *See* TEX. R. APP. P. 10.1(a)(5), 10.3(a).

Accordingly, we reinstate the appeal, grant the motion, and dismiss the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  We dismiss all other pending motions as moot.

**PER CURIAM**

Panel consists of Chief Justice Adams and Justices Morgan and Dokupil.